**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF NEW YORK**
---------------------------------------------------------X

In re                                                                   Chapter 11

IRINA CHATKHAN.,                                          Case No. 09-51286

                Debtor.

---------------------------------------------------------X

## NOTICE OF APPEAL

Dahiya Law Group, (the "Appellant") appeals under 28 U.S.C. 158 (a) or (b) from the judgment, order of bankruptcy judge Carla E. Craig entered in this case dated March 5, 2012 denying compensation and reimbursement of expenses as requested. The name of all parties to the judgment, order or decree appealed from and the names, addresses, and telephone numbers of their respective attorney are as follows:

United States Trustee Offices
271 Cadman Plaza East
Suite 4529
Brooklyn New York 11201
Tel: 718 422-4960


Dahiya  Law Offices, LLC
350 Broadway Suite 412
New York New York 10013
Tel: 212 766 8000

Dated: March 15, 2012
       New York  NY

                                            Dahiya Law Offices LLC

                                            By: karamvir s.dahiya

                                            _____
                                            Karamvir S. Dahiya, Esq.
                                            Dahiya Law Offices, LLC
                                            350 Broadway Suite 412
                                            New York NY 10013